The BOARD OF COUNTY COMMIS-
SIONERS OF SAGUACHE COUN-
TY, Colorado, Petitioner,

v.

David L. FORD, guardian of the Estate of
Wendy Marie Ford, a minor, and Ford
Farms, Inc., a Colorado corporation,
Respondents.

No. 83 SC 339.

Supreme Court of Colorado.

Feb. 1, 1984.

Jeffrey R. Wheeler, Colorado Springs,
Robert Crites, Monte Vista, for petitioner.

Frank Plaut, Plaut, Lipstein & Beckman,
P.C., Denver-Lakewood, William Bartlett,
Monte Vista, for respondents.

ORDER OF COURT

Upon consideration of the Motion to Dis-
miss filed by counsel for Petitioner and the
Confession of Motion to Dismiss Appeal
filed by counsel for Respondents herein,
and now being sufficiently advised in the
premises,

It Is This Day Ordered that said Motion
shall be, and the same hereby is, Granted,
and this Petition for Writ of Certiorari is
Dismissed and the matter Remanded to the
Court of Appeals for any further proceed-
ings.

BY THE COURT, JANUARY 30, 1984.